ENTERED ON DOCKET
11/19/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

FERNANDO MARRERO-CORDERO,

    Petitioner,

    v.

MANUEL MARTINEZ-ARROYO,
WARDEN, et al.,

    Respondents.

Civil No. 97-2827 (JAF)

## JUDGMENT

Pursuant to the terms and conditions of an Opinion and Order subscribed by the court today, judgment is now entered dismissing this 28 U.S.C. § 2254 petition.

San Juan, Puerto Rico, this 19th day of November, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge